

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>GEVORG GEVORGYAN<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-mj-00937<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
| --- | --- |

Upon motion of _the defendant_____, IT IS ORDERED that a detention hearing is set for _February 24_____, 2026_____, at _3:00_____ ☐a.m. / ☒p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _580_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_____
*(Other custodial officer)*

Dated: _February 20, 2026_____

_Karen L. Stevenson_____
U.S. Magistrate Judge